# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT PACIFIC CO., a Washington Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IMPERIAL IRRIGATION DISTRICT, a California Public Entity,<br><br>　　　　Defendant. | CASE NO. 09-CV-1492-JM (POR)<br><br>**ORDER RE STAY OF ALL PROCEEDINGS**<br><br>Action Filed:　July 9, 2009<br>Trial Date:　　None Set |

## **ORDER**

Having fully considered the Notice of Conditional Settlement and Request for Stay of Proceedings, which has been concurrently and jointly filed by plaintiff, Kiewit Pacific Co. ("Kiewit") and defendant, the Imperial Irrigation District (the "District"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. All proceedings in this action (including the District's obligation to file a responsive pleading) are stayed until January 15, 2010.

1    2.  In the event that a proposed order of dismissal of this action has not been filed on or
2    prior to January 15, 2010, the District shall file and serve its response to the complaint
3    herein on or prior to January 22, 2010.
4    **IT IS SO ORDERED.**
5
6    DATED: November 30, 2009           By  _____
7                                            Hon. Jeffrey T. Miller
                                            United States District Court Judge
8                                            Southern District of California